IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 1:20-cv-648 |
| FRONTIER AIRLINES, INC., | § § § | |
| *Defendant*. | § | |

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2, Plaintiff, BRYNNE SOUKUP, provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Frontier Airlines Holdings (NASDAQ Symbol = "FRNT")
Frontier Airline Holdings, Inc. (NASDAQ Symbol = "FRNTQ")

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

BRYNNE SOUKUP, Plaintiff.
TRENTON N. LACY, CHARLES L. SCALISE, ESQ., DANIEL B. ROSS, ESQ., ROSS • SCALISE LAW GROUP, Attorneys for Plaintiff.
FRONTIER AIRLINES, INC, Defendant;
FLIGHT SERVICE & SYSTEMS, LLC.

Dated: June 21, 2020.

Case 1:20-cv-00648-RP   Document 2   Filed 06/21/20   Page 2 of 2

Respectfully submitted,

*/s/ Daniel B. Ross*
**DANIEL B. ROSS**
Attorney-in-Charge
Texas Bar No. 789810
**CHARLES L. SCALISE**
Texas Bar No. 24064621
**TRENTON N. LACY**
Texas  Bar No.: 24106176
(Admission Pending)
**ROSS • SCALISE LAW GROUP**
Texas Bar No. 00789810
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Trenton@rosslawgroup.com
dan@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**