AO 440 (Rev. 06/12)  Summons in a Civil Action

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. 1:20-cv-648 |
| FRONTIER AIRLINES, INC., | | |
| *Defendant*. | | |

**SUMMONS IN A CIVIL ACTION**

To:   FRONTIER AIRLINES, INC.
c/o The Prentice Hall Corporation, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

**Daniel B. Ross**
Texas State Bar No. 00789810
dan@rosslawgroup.com
**Trenton Lacy**
**Texas** State Bar No. 24106176
trenton@rosslawgroup.com
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

_____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-648

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and d\iscretion who resides there,

on *( date )* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is _____

_____ on *(date)* _____ _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true. Date: _____

*Server's signature* _____

*Printed name and title* _____

*Server's address* Additional information regarding attempted service, etc: