Court Stamp Here

# RETURN OF SERVICE

Notice: This document contains sensitive data

| Court | |
|---|---|
| **Federal Court**<br>**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS**<br>**Travis County, Texas** | |

| Plaintiff | Cause # |
|---|---|
| **BRYNNE SOUKUP** | **1:20-CV-648-LY** |

| Defendant(s) | Came to Hand Date/Time |
|---|---|
| **FRONTIER AIRLINES INC.** | **6/23/2020**        **9:49 PM** |

| Manner of Service | Service Date/Time |
|---|---|
| **Personal** | **6/24/2020**        **1:17 PM** |

| Documents | Service Fee: |
|---|---|
| **SUMMONS; COMPLAINT** | **$79.50** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **6/24/2020** at **1:17 PM**: I served **SUMMONS and COMPLAINT** upon **FRONTIER AIRLINES INC. c/o THE PRENTICE HALL CORPORATION, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **FRONTIER AIRLINES INC. c/o THE PRENTICE HALL CORPORATION, REGISTERED AGENT, Who accepted service with direct delivery, with identity confirmed by subject showing identification, an Hispanic female approx. 25-35 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with brown hair. Residency indicated by subject previously served here** at **211 E 7T ST STE 620, AUSTIN, TX 78701-3218**.

My name is: **Luis J Perez**. My date of birth is: **6/18/1962**

My address is: **P.O. Box 6887, Round Rock, TX 78683**, USA.

My process server identification # is: **PSC9774**. My Certification expires: **6/30/2022**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Luis J Perez

06/24/2020
_____
Date Executed


