# RETURN OF SERVICE

Notice: This document contains sensitive data

| | | | |
|---|---|---|---|
| **Court** | Federal Court<br>UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS<br>Travis County, Texas | | Court Stamp Here |
| **Plaintiff** | BRYNNE SOUKUP | **Cause #** | 1:20-CV-00648-RP |
| **Defendant(s)** | FRONTIER AIRLINES, INC., ET AL. | **Came to Hand Date/Time** | 8/17/2020   12:16 PM |
| **Manner of Service** | Personal | **Service Date/Time** | 8/17/2020   12:16 PM |
| **Documents** | SUMMONS; PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL | **Service Fee:** | $125.00 |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **8/17/2020** at **12:16 PM**: I served **SUMMONS and PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** upon **FLIGHT SERVICES & SYSTEMS, LLC c/o C/O NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **FLIGHT SERVICES & SYSTEMS, LLC c/o C/O NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT, BOSS, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a white female approx. 35-45 years of age, 5'6"-5'8" tall, weighing 120-140 lbs with brown hair. Residency indicated by call/mail box lists subject** at **4400 ESATON COMMONS WAY SUITE 125, TOLEDO, OH 43219**.

My name is: **Ashly Galownia**. My date of birth is: **5/03/1977**

My address is: **5895 Privilege Dr., Hilliard, OH 43026**, USA.

null

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ashly Galownia

_____08/17/2020_____
Date Executed

Ref **60570.00 Soukup/Brynne R.**

**0055248504**

txefile@abclegal.com

 Ross Law Group

Tracking # 0056412093