IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYNNE SOUKUP,<br>    *Plaintiff*,<br><br>v.<br><br>FRONTIER AIRLINES, INC. AND<br>FLIGHT SERVICES & SYSTEMS, LLC,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§   Civil Action No. 1:20-CV-648-RP<br>§<br>§<br>§<br>§ |

## ORDER

    **ON THIS DAY** came to be considered Defendant Frontier Airlines, Inc.'s Motion to Dismiss and Brief in Support. Having considered the motion, response, record of the case, and relevant law, the Court finds that the motion is not well-taken and should be **DENIED**.

    **IT IS THEREFORE ORDERED** that Defendant's Motion to Compel is **DENIED**.

    **IT IS SO ORDERED**.


**SIGNED THIS \_\_\_\_ DAY OF _____, 2020.**


    _____
    **PRESIDING JUDGE**