IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BRYNNE SOUKUP**<br>    **Plaintiff** | §<br>§<br>§ | |
| **v.** | § | **CIVIL ACTION NO. 1:20-CV-648-RP** |
| | § | |
| **FRONTIER AIRLINES, INC. and**<br>**FLIGHT SERVICES & SYSTEMS, LLC**<br>    **Defendants** | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to File a Responsive Pleading filed by Defendant, Flight Services & Systems, LLC;

**IT IS HEREBY ORDERED** that Defendant, Flight Services & Systems, LLC, is hereby granted an additional 30 days, or until October 7, 2020, within which to file pleadings responsive to Plaintiff's First Amended Complaint and Jury Demand.

Austin, Texas, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

3851552-1