IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BRYNNE SOUKUP**<br>    Plaintiff<br><br>v.<br><br>**FRONTIER AIRLINES, INC. and**<br>**FLIGHT SERVICES & SYSTEMS, LLC**<br>    Defendants | § § § § § § § § § § § |

                                       **CIVIL ACTION NO.  1:20-CV-648-RP**

## O R D E R

BE IT REMEMBERED on this ____ day of _____, 2020, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Amy Lee McIntire ("Applicant"), counsel for Flight Services & Systems, LLC and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Flight Services & Systems, LLC in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this ____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE