UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Brynne Soukup | § | |
| | § | |
| vs. | § | NO:   AU:20-CV-00648-RP |
| | § | |
| Frontier Airlines, Inc., Flight Services & | § | |
| Systems, LLC | | |

O R D ER

**BE IT REMEMBERED** on  this  the  26th day of August, 2020, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Sarah Myers, counsel for  Flight Services & Systems, LLC and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Sarah Myers may appear on behalf of Flight Services & Systems, LLC in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 26th day of August, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE