IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BRYNNE SOUKUP**           Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO.  1:20-CV-648-RP |
| **FRONTIER AIRLINES, INC.** and **FLIGHT SERVICES & SYSTEMS, LLC**           Defendants | § § § § § | |

**DEFENDANT FLIGHT SERVICES & SYSTEMS, LLC'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, counsel for Defendant, Flight Services & Systems, LLC, makes the following disclosure:

Defendant, Flight Services & Systems, LLC, is not a publicly traded company and is owned 100% by International Total Services, Inc.  International Total Services, Inc. is the parent corporation of Flight Services & Systems, LLC. International Total Services, Inc. is not a publicly traded company and no corporation owns 10% or more of International Total Services, Inc.

Respectfully Submitted:

CHAFFE McCALL, LLP

*/s/  Sarah Voorhies Myers*
Sarah Voorhies Myers (pro hac vice)
Amy L. McIntire (pro hac vice)
H. Michael Bush (Texas Bar No.24054296)
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163
T: (504) 585-7000

3732778_1

1

F: (504) 544-6092  
E: myers@chaffe.com  
E: mcintire@chaffe.com  
E: bush@chaffe.com  

*Attorneys for Defendant,*  
*Flight Services & Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2020, a true and correct copy of the foregoing Defendant's Statement of Corporate Disclosure was served by filing the same in this Court's CM/ECF System.

/s/ *Sarah Voorhies Myers*

3732778_1