IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-648-RP |
| FRONTEIR AIRLINES, INC. and FLIGHT SERVICES & SYSTEMS, LLC, | § § § § | |
| Defendants. | § § | |

**ORDER**

Defendant Frontier Airlines, Inc. filed its response to Plaintiff Brynne Soukup's complaint on August 4, 2020. (Mot. Dismiss, Dkt. 10). Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit an agreed proposed scheduling order using District Judge Robert Pitman's form on or before **October 22, 2020**.

**SIGNED** on October 15, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE