| | |
|---|---|
| **From:** | Trenton Lacy |
| **To:** | tpm@lmm-llp.com; tam@lmm-llp.com |
| **Cc:** | kmiers@littler.com |
| **Subject:** | Brynne Soukup v. FSS / Frontier - Charge No. 451-2019-02059 |
| **Date:** | Monday, September 16, 2019 2:53:57 PM |
| **Attachments:** | CP"s Rebuttal to Respondents" SOPs.pdf |
| | image005.jpg |
| | image006.jpg |

Good afternoon all.

I wanted to provide y'all with a copy of Ms. Soukup's response to your respective statements of position. Please see the attached rebuttal statement.



Thanks,

Trenton N. Lacy
Attorney at Law

512-474-7677 | Office
512-474-5306 | Facsimile

Trenton@RossLawGroup.com

RLG_House



1104 San Antonio Street
Austin, Texas 78701

www.RossLawGroup.com

This message is intended only for the person(s) to whom it is addressed and may contain privileged, confidential, and/or insider information. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Any disclosure, copying, distribution, or taking of any action concerning the contents of this message and any attachment(s) by anyone other than the named recipient(s) is strictly prohibited. Sending an instant message or e-mail and/or receipt of a response does not create an Attorney-Client relationship or constitute the formation of a contract. No obligation is created on the part of the sender or the recipient. A contract of representation can only be created by signature of an Attorney-Client Agreement.

EXHIBIT

2