IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYNNE SOUKUP,<br>    *Plaintiff*,<br><br>v.<br><br>FRONTIER AIRLINES, INC. AND<br>FLIGHT SERVICES & SYSTEMS, LLC,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§   Civil Action No. 1:20-CV-648-RP<br>§<br>§<br>§<br>§ |

## ORDER

**ON THIS DAY** came to be considered Defendant Flight Services & System's LLC's Motion to Dismiss and Brief in Support. Having considered the motion, response, record of the case, and relevant law, the Court finds that the motion is not well-taken and should be **DENIED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Compel is **DENIED**.

**IT IS SO ORDERED**.


**SIGNED THIS \_\_\_\_\_ DAY OF _____, 2020.**


_____
**PRESIDING JUDGE**