IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYNNE SOUKUP,<br>　*Plaintiff*,<br><br>v.<br><br>FRONTIER AIRLINES, INC. and<br>FLIGHT SERVICES & SYSTEMS,<br>LLC,<br>　*Defendants*. | §<br>§<br>§<br>§<br>§   Civil Action No. 1:20-cv-648-RP<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

Please take notice that CHARLES L. SCALISE of the Ross • Scalise Law Group hereby enters an appearance in this cause of action as counsel of record on behalf of Plaintiff, BRYNNE SOUKUP.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY B that a true and correct copy of the foregoing instrument was filed via the Court's CM/ECF electronic filing system, which will serve a copy upon all counsel of record on Tuesday, October 27, 2020.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**ROSS LAW GROUP**

　　　　　　　　　　　　　　　　　*/s/ Charles L. Scalise*
　　　　　　　　　　　　　　　　　**CHARLES L. SCALISE**
　　　　　　　　　　　　　　　　　Texas Bar No. 24064621
　　　　　　　　　　　　　　　　　charles@rosslawgroup.com
　　　　　　　　　　　　　　　　　**DANIEL B. ROSS**
　　　　　　　　　　　　　　　　　Texas Bar No. 00789810
　　　　　　　　　　　　　　　　　dan@rosslawgroup.com

**TRENTON LACY**
State Bar No. 24106176
trenton@rosslawgroup.com
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile

**ATTORNEYS FOR PLAINTIFF**