IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:20-CV-648-RP |
| FRONTIER AIRLINES, INC. AND | § | |
| FLIGHT SERVICES & SYSTEMS, LLC, | § | |
| *Defendants*. | § | |
| | § | |

## <u>SCHEDULING ORDER</u>

Pursuant to Federal Rule of Civil Procedure 16, the following Scheduling Order is issued by the Court:

1.  A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before January 8, 2021.

2.  The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before January 22, 2021, and each opposing party shall respond, in writing, on or before February 5, 2021. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3.  Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before November 27, 2020.

4.  The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before December 18, 2020.

5.  All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before March 12, 2021. Parties resisting claims for relief shall file their

1

designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before April 12, 2021. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before August 20, 2021.

8. All dispositive motions shall be filed on or before September 10, 2021 and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

9. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

10. This case is set for ___Jury___ trial commencing at 9:00 a.m. on _____December 13_____, 20_21_. By filing an agreed motion, the parties may request that this Court extend any deadline set in this Order, with

the exception of the dispositive motions deadline and the trial date. The Court may impose

sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely

submissions under this Order.

SIGNED October 28, 2020.

_____

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Daniel B. Ross*
**Daniel B. Ross**
State Bar No. 00789810
**Trenton Lacy**
State Bar No. 24106176
**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
Telephone: (512) 474-7677
Facsimile: (512) 474-5306
dan@rosslawgroup.com
trenton@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**

*/s/   Kimberly R. Miers*
Kimberly R. Miers
State Bar No. 24041482
Andrew Gray
State Bar No. 24106023
LITTLER MENDELSON P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 982-7250
Facsimile: (512) 982-7248
kmiers@littler.com
agray@littler.com

**ATTORNEYS FOR DEFENDANT, FRONTIER AIRLINES, INC.**

*/s/   Sarah Voorhies Myers*
Sarah Voorhies Myers (pro hac vice)
Amy L. McIntire (pro hac vice)
CHAFFE McCALL, LLP
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 585-7000
Facsimile: (504) 544-6092
myers@chaffe.com
mcintire@chaffe.com

H. Michael Bush
Texas Bar No.24054296
CHAFFE McCALL, LLP
2300 Energy Centre,1100 Poydras Street
New Orleans, LA   70163
Telephone: (504) 585-7000
Facsimile: (504) 544-6042
bush@chaffe.com

**ATTORNEYS FOR DEFENDANT, FLIGHT SERVICES & SYSTEMS, LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

§
§
§
§

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73,

and the Local Rules of the United States District Court for the Western District of Texas, the

following party _____

through counsel _____

_____ consents to having a United States Magistrate Judge preside over the trial in this case.

_____ declines to consent to trial before a United States Magistrate Judge.


Respectfully submitted,

_____

Attorney for:

_____