IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYNNE SOUKUP, §<br>*Plaintiff*, §<br>§<br>v. §<br>§ Civil Action No. 1:20-cv-648-RP<br>FRONTIER AIRLINES, INC. and §<br>FLIGHT SERVICES & SYSTEMS, §<br>LLC, §<br>*Defendants*. § | |

**NOTICE CONCERNING REFERENCE
TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party:

BRYNNE SOUKUP, Plaintiff, by and through her undersigned counsel, Trenton N. Lacy, hereby (select one):

\_\_   consents to having a United States Magistrate Judge preside over the trial in this case.

X   declines to consent to trial before a United States Magistrate Judge.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was filed via the Court's CM/ECF electronic filing system, which will serve a copy upon all counsel of record on Wednesday, November 25, 2020.

                        Respectfully submitted,

                        **ROSS LAW GROUP**

                        */s/ Trenton N. Lacy*
                        **TRENTON LACY**
                        State Bar No. 24106176
                        trenton@rosslawgroup.com
                        **DANIEL B. ROSS**
                        Texas Bar No. 00789810
                        dan@rosslawgroup.com
                        **CHARLES L. SCALISE**
                        Texas Bar No. 24064621
                        charles@rosslawgroup.com
                        1104 San Antonio Street
                        Austin, Texas 78701
                        (512) 474-7677 Telephone
                        (512) 474-5306 Facsimile

                        **ATTORNEYS FOR PLAINTIFF**