IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYNNE SOUKUP,                 )<br>    *Plaintiff*,                         )<br>                                           )     Civil Action No. 1:20-cv-648-RP<br>v.                                         )<br>                                           )<br>FRONTIER AIRLINES, INC. and   )<br>FLIGHT SERVICES & SYSTEMS, LLC,  )<br>    *Defendants*.                     ) | |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provision of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Flight Services & Systems, LLC, through Sarah V. Myers, consents to having a United States Magistrate Judge preside over the trial in this case.

    Respectfully Submitted:

    CHAFFE McCALL, LLP

    */s/ Sarah Voorhies Myers*
    Sarah Voorhies Myers (pro hac vice)
    Amy L. McIntire (pro hac vice)
    2300 Energy Centre, 1100 Poydras Street
    New Orleans, LA 70163
    T: (504) 585-7000
    F: (504) 544-6092
    E: myers@chaffe.com
    E: mcintire@chaffe.com

    H. Michael Bush
    Texas Bar No.24054296
    2300 Energy Centre,1100 Poydras Street
    New Orleans, LA  70163
    T:  (504) 585-7000
    F: (504) 544-6042
    E: bush@chaffe.com
    *Attorneys for Defendant,*
    *Flight Services & Systems, LLC*

3950845-1