IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BRYNNE SOUKUP,** | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 1:20-cv-648 |
| **FRONTIER AIRLINES, INC. and FLIGHT SERVICES & SYSTEMS, LLC,** | § § § § | |
| *Defendant*. | § | |

### DEFENANT FRONTIER AIRLINES, INC'S NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: Defendant Frontier Airlines, Inc. through counsel Kimberly R. Miers and Andrew R. Gray of Littler Mendelson, P.C. hereby:

\_\_\_\_ consents to having a United States Magistrate Judge preside over the trial in this case.

  X   declines to consent to trial before a United States Magistrate Judge.

Dated: November 25, 2020

        Respectfully submitted,

        */s/ Andrew R. Gray*
        Kimberly R. Miers
        State Bar No. 24041482
        Andrew Gray
        State Bar No. 24106023
        LITTLER MENDELSON P.C.
        100 Congress Avenue, Suite 1400
        Austin, Texas 78701
        512.982.7250
        512.982.7248 – facsimile
        kmiers@littler.com
        agray@littler.com

        **ATTORNEYS FOR DEFENDANT**
        **FRONTIER AIRLINES, INC.**

## **CERTIFICATE OF SERVICE**

On the 25th day of November 2020, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, Austin Division, using the Electronic Case Filing system of the Court. I hereby certify that I have served all counsel of record via the Court's e-filing system.

        */s/ Andrew R. Gray*
        Kimberly R. Miers
        Andrew R. Gray

4849-6280-6483.1 057446.1023