IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:20-CV-648-RP |
| FRONTIER AIRLINES, INC., and | § | |
| FLIGHT SERVICES & SYSTEMS, LLC, | § | |
| *Defendants*. | § | |
| | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Plaintiff, BRYNNE SOUKUP, and Defendants, FRONTIER AIRLINES, INC., and FLIGHT SERVICES & SYSTEMS, LLC, in the above-styled and number cause and pursuant to the Scheduling Order issued in this matter and Rule CV-88 of the Local Rules of the United States District Court for the Western District of Texas, file this Report on Alternative Dispute Resolution and would respectfully show unto the Court as follows:

I.

The Parties are in the process of exchanging information.

II.

Daniel B. Ross is responsible for settlement negotiations for Plaintiff; Kimberly R. Miers is responsible for settlement negotiations for Defendant, FRONTIER AIRLINES, INC.; and, Sarah Voorhies Myers is responsible for settlement negotiations for Defendant, FLIGHT SERVICES & SYSTEMS, LLC .

III.

The parties agree that mediation may be appropriate after discovery is substantially completed.

IV.

The parties certify that the Plaintiff and Defendants have been notified of the Alternative

Dispute Resolution procedures available in the United States District Court for the Western District

of Texas.

Respectfully submitted, December 28, 2020.

*/s/ Daniel B. Ross*
**Daniel B. Ross**
State Bar No. 00789810
**Trenton Lacy**
State Bar No. 24106176
**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
Telephone: (512) 474-7677
Facsimile: (512) 474-5306
dan@rosslawgroup.com
trenton@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**

*/s/  Kimberly R. Miers*
Kimberly R. Miers
State Bar No. 24041482
Andrew Gray
State Bar No. 24106023
LITTLER MENDELSON P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 982-7250
Facsimile: (512) 982-7248
kmiers@littler.com
agray@littler.com

**ATTORNEYS FOR DEFENDANT, FRONTIER
AIRLINES, INC.**

*/s/  Sarah Voorhies Myers*
Sarah Voorhies Myers (pro hac vice)
Amy L. McIntire (pro hac vice)
CHAFFE McCALL, LLP

2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 585-7000
Facsimile: (504) 544-6092
myers@chaffe.com
mcintire@chaffe.com

H. Michael Bush
Texas Bar No.24054296
CHAFFE McCALL, LLP
2300 Energy Centre,1100 Poydras Street
New Orleans, LA  70163
Telephone: (504) 585-7000
Facsimile: (504) 544-6042
bush@chaffe.com

**ATTORNEYS FOR DEFENDANT, FLIGHT
SERVICES & SYSTEMS, LLC**