IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYNNE SOUKUP,<br>    *Plaintiff*,<br><br>v.<br><br>FRONTIER AIRLINES, INC. and<br>FLIGHT SERVICES & SYSTEMS, LLC,<br>    *Defendants*. | Civil Action No. 1:20-cv-648-RP |

## ORDER

Considering the foregoing Joint Motion to Continue the Parties' Expert Report Deadlines;

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Continue the Parties' Expert Report Deadlines is **GRANTED**. Plaintiff Brynne Soukup's deadline to serve expert reports is extended until May 11, 2021, and Defendant Flight Services & Systems, LLC's deadline to serve expert reports is extend until June 11, 2021.

Austin, Texas, this _____ day of _____, 2021.

_____
U.S. District Court Judge

1

4050020-1