IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-648-RP |
| | § | |
| FRONTIER AIRLINES, INC. and | § | |
| FLIGHT SERVICES & SYSTEMS, | § | |
| LLC | § | |
| *Defendants*. | | |

## PLAINTIFF'S EXPERT DISCLOSURE

TO:   FLIGHT SERVICES & SYSTEMS, LLC

Plaintiff, BRYNNE SOUKUP, by and through her undersigned counsel, hereby serve this Expert Disclosure and state:

The Plaintiff hereby designates Daniel B. Ross and Trenton N. Lacy, or their designee, as an expert on the issue of attorney's fees and costs and all factors related to an award of reasonable and necessary attorney's fees and costs.

Daniel B. Ross
Texas State Bar No. 00789810
dan@rosslawgroup.com
Trenton N. Lacy
Texas State Bar No. 24106176
trenton@rosslawgroup.com
**ROSS SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone

OPINION PROVIDED: Reasonableness and amount of attorney's fees and costs to be recovered by Plaintiff should Plaintiff prevail.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via email and U.S. Mail, on May 11, 2021, to:

Sarah Voorhies Myers
Amy L. McIntire
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

myers@chaffe.com
mcintire@chaffe.com

H. Michael Bush
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
Tel: 504-585-7000
Fax: 504-585-7075

E-mail: bush@chaffe.com

**ATTORNEYS FOR DEFENDANT, FLIGHT SERVICES & SYSTEMS, LLC**

        **ROSS SCALISE LAW GROUP**
        1104 San Antonio Street
        Austin, Texas 78701
        (512) 474-7677 Telephone

        */s/ Trenton N. Lacy*
        Daniel B. Ross
        Texas State Bar No. 00789810
        dan@rosslawgroup.com
        Trenton N. Lacy
        Texas State Bar No. 24106176
        trenton@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**