IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYNNE SOUKUP, ) | |
|     *Plaintiff*, ) | |
| ) | Civil Action No. 1:20-cv-648-RP |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC. and ) | |
| FLIGHT SERVICES & SYSTEMS, LLC, ) | |
|     *Defendants*. ) | |

## ORDER

Considering the foregoing Unopposed Motion to Continue Defendant's Expert Report Deadline;

**IT IS HEREBY ORDERED** that the Unopposed Motion to Continue Defendant's Expert Report Deadline is **GRANTED**. Defendant Flight Services & Systems, LLC's deadline to serve expert report(s) is extended until July 12, 2021.

Austin, Texas, this _____ day of _____, 2021.

_____
U.S. District Court Judge

4126865-1