IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYNNE SOUKUP, ) | |
|     *Plaintiff*, ) | |
| ) | Civil Action No. 1:20-cv-648-RP |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC. and ) | |
| FLIGHT SERVICES & SYSTEMS, LLC, ) | |
|     *Defendants*. ) | |

## DEFENDANT'S EXPERT DISCLOSURE

Defendant, Flight Services & Systems, LLC, by and through its undersigned counsel, hereby serve this Expert Disclosure and designate:

Sarah Voorhies Myers, H. Michael Bush, Amy L. McIntire, and Tom Marotta, or their designee, as an expert on the issue of attorney's fees and costs and all factors related to an award of reasonable and necessary attorney's fees and costs.

CHAFFE McCALL, LLP
Sarah Voorhies Myers (pro hac vice)
Amy L. McIntire (pro hac vice)
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163
T: (504) 585-7000
F: (504) 544-6092
E: myers@chaffe.com
E: mcintire@chaffe.com

H. Michael Bush
Texas Bar No.24054296
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163
T:  (504) 585-7000
F: (504) 544-6042
E: bush@chaffe.com

4255792-1

LoPRESTI MARCOVY & MAROTTA, LLP
Thomas P. Marotta, Esq. (OH Bar No. 0024884) (pro hac vice)
1468 West Ninth Street, Suite 330
Cleveland, Ohio  44113
T:  (216) 241-7740
F:  (216) 241-6031
E:  tpm@lmm-llp.com

OPINION PROVIDED:   Reasonableness and amount of attorney's fees and costs to be recovered in this matter, including (without limitation) as rebuttal, if necessary, regarding Plaintiff's reasonable and necessary attorney's fees incurred in prosecuting the above-referenced action once Plaintiff's counsel discloses any such opinions.

                        Respectfully Submitted:

                        CHAFFE McCALL, LLP

                        */s/ Sarah V. Myers*
                        Sarah Voorhies Myers (pro hac vice)
                        Amy L. McIntire (pro hac vice)
                        2300 Energy Centre, 1100 Poydras Street
                        New Orleans, LA 70163
                        T: (504) 585-7000
                        F: (504) 544-6092
                        E: myers@chaffe.com
                        E: mcintire@chaffe.com

                        H. Michael Bush
                        Texas Bar No.24054296
                        2300 Energy Centre, 1100 Poydras Street
                        New Orleans, LA  70163
                        T:  (504) 585-7000
                        F: (504) 544-6042
                        E: bush@chaffe.com
                        *Attorneys for Defendant,*
                        *Flight Services & Systems, LLC*

4255792-1

                                            LoPRESTI MARCOVY & MAROTTA, LLP
                                            Thomas P. Marotta, Esq. (OH Bar No. 0024884)
                                             (pro hac vice)
                                            1468 West Ninth Street, Suite 330
                                            Cleveland, Ohio  44113
                                            T:  (216) 241-7740
                                            F:  (216) 241-6031
                                            E:  tpm@lmm-llp.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that, on this 12th day of July, 2021, I filed a copy of the foregoing with the Clerk of Court utilizing the Court's ECF system resulting in a true and correct copy of same being served upon counsel of record for all parties to this proceeding.

                                            /s/ Sarah Voorhies Myers

4255792-1