IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BRYNNE SOUKUP,
    *Plaintiff*,

                                         Civil Action No. 1:20-cv-648-RP

v.

FRONTIER AIRLINES, INC. and
FLIGHT SERVICES & SYSTEMS, LLC,
    *Defendants*.

_____/

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE

Plaintiff, BRYNNE SOUKUP, by and through her undersigned counsel, hereby files this motion to substitute counsel Brett C. Beeler for Trenton N. Lacy.

Mr. Lacy is no longer employed by the ROSS • SCALISE LAW GROUP and will no longer be able to represent Plaintiff in this matter.

Going forward Mr. Beeler will be attorney-in-charge and counsel of record for the ROSS • SCALISE LAW GROUP and therefore makes this appearance.

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Defendant regarding the relief requested herein and have been authorized to represent that the Defendant are **unopposed** to the granting of this Motion.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification to all counsel of record.

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile

*/s/ Brett C. Beeler*
**BRETT C. BEELER**
Texas Bar No. 24097357
Brett@rosslawgroup.com
**Daniel B. Ross**
State Bar No. 00789810
Dan@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**