IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BRYNNE SOUKUP,
    *Plaintiff*,

v.

Civil Action No. 1:20-cv-648-RP

FRONTIER AIRLINES, INC. and
FLIGHT SERVICES & SYSTEMS, LLC,
    *Defendants*.

_____/

## **ORDER**

Plaintiffs' Unopposed Motion to Substitute Counsel is hereby granted. Brett C. Beeler is hereby substituted as attorney-in-charge for Plaintiff, BRYNNE SOUKUP.

SIGNED AND ENTERED this _____ day of _____, 2021.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE