IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | ) | Civil Action No. 1:20-cv-648-RP |
|     *Plaintiff*, | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC. and | ) | |
| FLIGHT SERVICES & SYSTEMS, LLC | ) | |
|     *Defendants*. | ) | |

## JOINT MOTION AND INCORPORATED MEMORANDUM TO DISMISS LAWSUIT WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(2) and Local Rule 7 of the Western District of Texas, Plaintiff, Brynne Soukup, and remaining Defendant, Flight Services & Systems, LLC, represent to the Court that this proceeding has been amicably and finally settled. Accordingly, the Parties request that the lawsuit should be fully and finally dismissed in its entirety, with prejudice, with each party to bear its own respective costs. An Order to that effect is attached for the Court's convenience.

Respectfully Submitted:

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, TX 78701
(512) 474-7677 Telephone
(512) 474-5306

/s/ Brett C. Beeler
BRETT C. BEELER (Texas Bar No. 24097357)
brett@rosslawgroup.com
Daniel B. Ross (Texas Bar No. 00789810)
dan@rosslawgroup.com

Attorneys for Plaintiff, Brynne Soukup

4293642-1

CHAFFE McCALL, LLP

*/s/  Sarah Voorhies Myers*
Sarah Voorhies Myers (pro hac vice)
Amy L. McIntire (pro hac vice)
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163
T: (504) 585-7000
F: (504) 544-6092
E: myers@chaffe.com
E: mcintire@chaffe.com

H. Michael Bush
Texas Bar No.24054296
2300 Energy Centre,1100 Poydras Street
New Orleans, LA  70163
T:  (504) 585-7000
F: (504) 544-6042
E: bush@chaffe.com

LoPRESTI MARCOVY & MAROTTA, LLP

Thomas P. Marotta, Esq. (pro hac vice)
1468 West Ninth Street, Suite 330
Cleveland, Ohio  44113
T:  (216) 241-7740
F:  (216) 241-6031
E:  tpm@lmm-llp.com

*Attorneys for Defendant,*
*Flight Services & Systems, LLC*