IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | ) | Civil Action No. 1:20-cv-648-RP |
| *Plaintiff*, | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC. and | ) | |
| FLIGHT SERVICES & SYSTEMS, LLC | ) | |
| *Defendants*. | ) | |

## ORDER

Considering the foregoing Joint Motion to Dismiss Lawsuit With Prejudice;

IT IS HEREBY ORDERED that the above entitled case is dismissed, with prejudice, with each party to bear its own costs.

_____
UNITED STATES DISTRICT JUDGE

4293708-1