IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYNNE SOUKUP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-648-RP |
| FRONTIER AIRLINES, INC. and FLIGHT SERVICES & SYSTEMS, LLC, | § § § § | |
| Defendants. | § § | |

## ORDER

On September 14, 2021, Defendant Flight Services & Systems, LLC, and Plaintiff Brynne Soukup filed a joint and agreed motion to dismiss stating that the parties have resolved their dispute. (Dkt. 41). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 17, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE